1
2
3
4
5
6
7
8

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
CANDACE C. CLARK, ESQ.
Nevada Bar No. 11539
E-mail: cclark@gordonsilver.com
KIRK D. HOMEYER, ESQ.
Nevada Bar No. 12402
E-mail: khomeyer@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666

9
10
11
12
13
14
15
16

HELLER, DRAPER, PATRICK & HORN, L.L.C.
DOUGLAS S. DRAPER, ESQ.
Louisiana Bar No. 5073
E-mail: ddraper@hellerdraper.com
WILLIAM H. PATRICK, III, ESQ.
E-mail: wpatrick@hellerdraper.com
Louisiana Bar No. 10359
LESLIE A. COLLINS, ESQ.
E-mail: lcollins@hellerdraper.com
Louisiana Bar No. 14891
650 Poydras St., Suite 2500
New Orleans, LA 70130
Telephone (504) 299-3300
Facsimile (504) 299-3399
*Attorneys for David Bagley,*
*Liquidating Trustee of the DCR Liquidating Trust*

17
18

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

19
20
21
22
23
24
25
26
27
28

In re:

DESERT CAPITAL REIT, INC.,

Debtor.

DAVID BAGLEY, the liquidating trustee of the
DCR Liquidating Trust,

Plaintiff

v.

TODD PARRIOTT, an individual, and
PHILLIP PARRIOTT, an individual

Defendants.

Case No.: 11-16624-LBR
Chapter 11

Adv. No. 13-01075-lbr

**STIPULATION FOR BANKRUPTCY
COURT TO CERTIFY THIS MATTER
TO THE DISTRICT COURT PURSUANT
TO LR 9015(e)**

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103822-008/2162941

1        Plaintiff, David Bagley ("Trustee"), in his capacity as the liquidating trustee of the DCR

2  Liquidating Trust, by and through his counsel, the law firms of Gordon Silver and Heller,

3  Draper, Patrick & Horn, L.L.C., Defendant Phillip Parriott ("Phillip"), by and through his

4  counsel, Walsh & Friedman, Ltd., and Defendant Todd Parriott ("Todd"), by and through his

5  counsel, Fox Rothschild, LLP, hereby stipulate and agree as follows:

6  **RECITALS**

7        A.     On April 24, 2013, Trustee filed his Complaint [ECF No. 1] against Phillip and

8  Todd to avoid and recover transfers of property pursuant to 11 U.S.C. §§ 544, 548, 550 and 551.

9  See ECF No. 1.

10        B.     In their Answers to the Complaint, Phillip and Todd both timely demanded a jury

11  trial in accordance with LR 9015(c).  See ECF Nos. 16, 23.

12        C.     Trustee, Phillip, and Todd have conferred and agree that they have a right to a

13  jury trial.

14        D.     NOW, THEREFORE, Trustee, Phillip, and Todd stipulate as follows:

15  **STIPULATIONS**

16        1.     Trustee, Phillip, and Todd consent to the Bankruptcy Court certifying this matter

17  to the District Court for a jury trial pursuant to LR 9015(e).

18  . . .

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103822-008/2162941

1    DATED this 17th day of January, 2014.

2   STIPULATED AND AGREED TO BY:

3   GORDON SILVER                          WALSH & FRIEDMAN, LTD.

4

5
    By: ____/s/ Kirk D. Homeyer_____     By: ____/s/ Matthew P. Pawlowski_____
6        GERALD M. GORDON, ESQ.                   MATTHEW P. PAWLOWSKI, ESQ.
         CANDACE C. CLARK, ESQ.                   400 S. Maryland Pkwy.
7        KIRK D. HOMEYER, ESQ.                    Las Vegas, Nevada 89101
         3960 Howard Hughes Pkwy., 9th Floor
8        Las Vegas, Nevada  89169                 *Attorneys for Phillip Parriott*

9        and

10       HELLER, DRAPER, PATRICK & HORN,
         L.L.C.
11       DOUGLAS S. DRAPER, ESQ.
         WILLIAM H. PATRICK, III, ESQ.
12       GRETA M. BROUPHY, ESQ.
         650 Poydras Street, Suite 2500
13       New Orleans, Louisiana  70130

14       *Attorneys for David Bagley, Liquidating*
         *Trustee of the DCR Liquidating Trust*
15

16  FOX ROTHSCHILD LLP

17

18
    By: ____/s/ John H. Gutke_____
19       MARK J. CONNOT, ESQ.
         JOHN H. GUTKE, ESQ.
20       3800  Howard  Hughes  Parkway,
         Suite 500
21       Las Vegas, Nevada 89169

22       *Attorneys for Todd Parriott*

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

3

103822-008/2162941

1

2

3

_____

Honorable Linda B. Riegle
United States Bankruptcy Judge

4

**Entered on Docket**
**January 22, 2014**

5

6

7   GORDON SILVER
    GERALD M. GORDON, ESQ.
8   Nevada Bar No. 229
    E-mail:  ggordon@gordonsilver.com
9   CANDACE C. CLARK, ESQ.
    Nevada Bar No. 11539
10  E-mail:  cclark@gordonsilver.com
    KIRK D. HOMEYER, ESQ.
11  Nevada Bar No. 12402
    E-mail:  khomeyer@gordonsilver.com
12  3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, Nevada 89169
13  Telephone (702) 796-5555
    Facsimile (702) 369-2666
14
    HELLER, DRAPER, PATRICK & HORN, L.L.C.
15  DOUGLAS S. DRAPER, ESQ.
    Louisiana Bar No. 5073
16  E-mail: ddraper@hellerdraper.com
    WILLIAM H. PATRICK, III, ESQ.
17  E-mail: wpatrick@hellerdraper.com
    Louisiana Bar No. 10359
18  LESLIE A. COLLINS, ESQ.
    E-mail: lcollins@hellerdraper.com
19  Louisiana Bar No. 14891
    650 Poydras St., Suite 2500
20  New Orleans, LA 70130
    Telephone (504) 299-3300
21  Facsimile (504) 299-3399
    *Attorneys for David Bagley,*
22   *Liquidating Trustee of the DCR Liquidating Trust*

23              **UNITED STATES BANKRUPTCY COURT**
                **FOR THE DISTRICT OF NEVADA**
24

25  In re:                                    Case No.: 11-16624-LBR
                                              Chapter 11
    DESERT CAPITAL REIT, INC.,
26

27          Debtor.

                                              Adv. No.  13-01075-lbr
28

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103822-008/2162942

| | |
|---|---|
| DAVID BAGLEY, the liquidating trustee of the DCR Liquidating Trust, | |
| Plaintiff | **ORDER APPROVING STIPULATION FOR BANKRUPTCY COURT TO CERTIFY THIS MATTER TO THE DISTRICT COURT PURSUANT TO LR 9015(e)** |
| v. | |
| TODD PARRIOTT, an individual, and PHILLIP PARRIOTT, an individual | |
| Defendants. | |

Plaintiff David Bagley, in his capacity as the liquidating trustee of the DCR Liquidating Trust, by and through his counsel, the law firms of Gordon Silver and Heller, Draper, Patrick & Horn, L.L.C., Defendant Phillip Parriott, by and through his counsel, Walsh & Friedman, Ltd., and Defendant Todd Parriott, by and through his counsel, Fox Rothschild, LLP, entered into that certain *Stipulation to for Bankruptcy Court to Certify this Matter to the District Court Pursuant to LR 9015(e)* (the "Stipulation").[1]

The Court, having read and considered the Stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that:

1.    The Stipulation is approved in its entirety.

2.    This matter is hereby certified to the District Court for a jury trial pursuant to LR 9015(e).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] Capitalized, undefined terms herein shall have those meanings ascribed to them in the Stipulation.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

2

103822-008/2162942

PREPARED AND SUBMITTED:

GORDON SILVER

By____/s/ Kirk D. Homeyer_____
　　　GERALD M. GORDON, ESQ.
　　　CANDACE C. CLARK, ESQ.
　　　KIRK D. HOMEYER, ESQ.
　　　3960 Howard Hughes Pkwy., 9th Floor
　　　Las Vegas, Nevada  89169

　　　and

　　　HELLER, DRAPER, PATRICK & HORN, L.L.C.
　　　DOUGLAS S. DRAPER, ESQ.
　　　WILLIAM H. PATRICK, III, ESQ.
　　　GRETA M. BROUPHY, ESQ.
　　　650 Poydras Street, Suite 2500
　　　New Orleans, Louisiana  70130

　　　*Attorneys for David Bagley,*
　　　*Liquidating Trustee of the DCR Liquidating Trust*

                                        ###

103822-008/2162942

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555