GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
CANDACE C. CLARK, ESQ.
Nevada Bar No. 11539
E-mail: cclark@gordonsilver.com
KIRK D. HOMEYER, ESQ.
Nevada Bar No. 12402
E-mail: khomeyer@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666

HELLER, DRAPER, PATRICK & HORN, L.L.C.
DOUGLAS S. DRAPER, ESQ.
Louisiana Bar No. 5073
E-mail: ddraper@hellerdraper.com
WILLIAM H. PATRICK, III, ESQ.
E-mail: wpatrick@hellerdraper.com
Louisiana Bar No. 10359
LESLIE A. COLLINS, ESQ.
E-mail: lcollins@hellerdraper.com
Louisiana Bar No. 14891
650 Poydras St., Suite 2500
New Orleans, LA 70130
Telephone (504) 299-3300
Facsimile (504) 299-3399
*Attorneys for David Bagley,
Liquidating Trustee of the DCR Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DESERT CAPITAL REIT, INC.,<br><br>    Debtor.<br><hr>DAVID BAGLEY, the liquidating trustee of the DCR Liquidating Trust,<br><br>    Plaintiff<br>  v.<br><br>TODD PARRIOTT, an individual, and PHILLIP PARRIOTT, an individual<br><br>    Defendants. | Case No.: 11-16624-LBR<br>Chapter 11<br><br><br><br>Adv. No. 13-01075-lbr<br><br>**STIPULATION FOR BANKRUPTCY COURT TO CERTIFY THIS MATTER TO THE DISTRICT COURT PURSUANT TO LR 9015(e)** |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103822-008/2162941

Plaintiff, David Bagley ("<u>Trustee</u>"), in his capacity as the liquidating trustee of the DCR Liquidating Trust, by and through his counsel, the law firms of Gordon Silver and Heller, Draper, Patrick & Horn, L.L.C., Defendant Phillip Parriott ("<u>Phillip</u>"), by and through his counsel, Walsh & Friedman, Ltd., and Defendant Todd Parriott ("<u>Todd</u>"), by and through his counsel, Fox Rothschild, LLP, hereby stipulate and agree as follows:

## **RECITALS**

A. On April 24, 2013, Trustee filed his Complaint [ECF No. 1] against Phillip and Todd to avoid and recover transfers of property pursuant to 11 U.S.C. §§ 544, 548, 550 and 551. <u>See</u> ECF No. 1.

B. In their Answers to the Complaint, Phillip and Todd both timely demanded a jury trial in accordance with LR 9015(c).  <u>See</u> ECF Nos. 16, 23.

C. Trustee, Phillip, and Todd have conferred and agree that they have a right to a jury trial.

D. NOW, THEREFORE, Trustee, Phillip, and Todd stipulate as follows:

## **STIPULATIONS**

1. Trustee, Phillip, and Todd consent to the Bankruptcy Court certifying this matter to the District Court for a jury trial pursuant to LR 9015(e).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**Gordon Silver**
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103822-008/2162941

2

DATED this 17th day of January, 2014.

STIPULATED AND AGREED TO BY:

| GORDON SILVER | WALSH & FRIEDMAN, LTD. |
|---|---|
| By: ___/s/ Kirk D. Homeyer___<br>GERALD M. GORDON, ESQ.<br>CANDACE C. CLARK, ESQ.<br>KIRK D. HOMEYER, ESQ.<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br><br>and<br><br>HELLER, DRAPER, PATRICK & HORN, L.L.C.<br>DOUGLAS S. DRAPER, ESQ.<br>WILLIAM H. PATRICK, III, ESQ.<br>GRETA M. BROUPHY, ESQ.<br>650 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70130<br><br>*Attorneys for David Bagley, Liquidating Trustee of the DCR Liquidating Trust* | By: ___/s/ Matthew P. Pawlowski___<br>MATTHEW P. PAWLOWSKI, ESQ.<br>400 S. Maryland Pkwy.<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Phillip Parriott* |

FOX ROTHSCHILD LLP


By: ___/s/ John H. Gutke___
MARK J. CONNOT, ESQ.
JOHN H. GUTKE, ESQ.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

*Attorneys for Todd Parriott*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103822-008/2162941

3

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 22, 2014

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
CANDACE C. CLARK, ESQ.
Nevada Bar No. 11539
E-mail: cclark@gordonsilver.com
KIRK D. HOMEYER, ESQ.
Nevada Bar No. 12402
E-mail: khomeyer@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666

HELLER, DRAPER, PATRICK & HORN, L.L.C.
DOUGLAS S. DRAPER, ESQ.
Louisiana Bar No. 5073
E-mail: ddraper@hellerdraper.com
WILLIAM H. PATRICK, III, ESQ.
E-mail: wpatrick@hellerdraper.com
Louisiana Bar No. 10359
LESLIE A. COLLINS, ESQ.
E-mail: lcollins@hellerdraper.com
Louisiana Bar No. 14891
650 Poydras St., Suite 2500
New Orleans, LA 70130
Telephone (504) 299-3300
Facsimile (504) 299-3399
*Attorneys for David Bagley,*
 *Liquidating Trustee of the DCR Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 11-16624-LBR |
| | Chapter 11 |
| DESERT CAPITAL REIT, INC., | |
| Debtor. | |
| | Adv. No.  13-01075-lbr |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103822-008/2162942

| | |
|---|---|
| DAVID BAGLEY, the liquidating trustee of the DCR Liquidating Trust,<br><br>        Plaintiff<br>  v.<br><br>TODD PARRIOTT, an individual, and PHILLIP PARRIOTT, an individual<br><br>        Defendants. | **ORDER APPROVING STIPULATION FOR BANKRUPTCY COURT TO CERTIFY THIS MATTER TO THE DISTRICT COURT PURSUANT TO LR 9015(e)** |

Plaintiff David Bagley, in his capacity as the liquidating trustee of the DCR Liquidating Trust, by and through his counsel, the law firms of Gordon Silver and Heller, Draper, Patrick & Horn, L.L.C., Defendant Phillip Parriott, by and through his counsel, Walsh & Friedman, Ltd., and Defendant Todd Parriott, by and through his counsel, Fox Rothschild, LLP, entered into that certain *Stipulation to for Bankruptcy Court to Certify this Matter to the District Court Pursuant to LR 9015(e)* (the "Stipulation").[1]

The Court, having read and considered the Stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that:

    1.    The Stipulation is approved in its entirety.

    2.    This matter is hereby certified to the District Court for a jury trial pursuant to LR 9015(e).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] Capitalized, undefined terms herein shall have those meanings ascribed to them in the Stipulation.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103822-008/2162942

2

PREPARED AND SUBMITTED:

GORDON SILVER

By  /s/ Kirk D. Homeyer
    GERALD M. GORDON, ESQ.
    CANDACE C. CLARK, ESQ.
    KIRK D. HOMEYER, ESQ.
    3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, Nevada  89169

and

HELLER, DRAPER, PATRICK & HORN, L.L.C.
DOUGLAS S. DRAPER, ESQ.
WILLIAM H. PATRICK, III, ESQ.
GRETA M. BROUPHY, ESQ.
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130

*Attorneys for David Bagley,
Liquidating Trustee of the DCR Liquidating Trust*

###

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103822-008/2162942

3